[No. 13011–4–II. Division Two. February 22, 1991.]

LEWIS RIVER GOLF, INC., *Respondent*, v. O.M. SCOTT & SONS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–2–00111–0, Don L. McCulloch, J., entered June 5, 1989. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.

[No. 25095–7–I. Division One. February 25, 1991.]

*In the Matter of the Estate of*
VERNON E. POTTER.

DONALD E. STEIN, ET AL, *Respondents*, v. WILLIAM CAVERLY, *as Personal Representative, Defendant*, MARTHA J. HENRY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 88–4–04776–3, Jim Bates, J., entered October 5, 1989. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Grosse, C.J., and Forrest, J.

[No. 12988–4–II. Division Two. February 25, 1991.]

*In the Matter of the Marriage of* CONNIE D. KUHN, *Respondent, and* FRANK W. KUHN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–3–00941–1, James I. Maddock, J., entered May 26, 1989. *Reversed* by unpublished per curiam opinion.